IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARIO JAVIER QUINATOA SANTIN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 26-0087 |
| | : | |
| MICHAEL ROSE, et al. | : | |

## ORDER

AND NOW, this 8th day of Janaury, 2026, upon consideration of Petitioner Dario Javier Quinatoa Satin's Petition for Writ of Habeas Corpus (Dkt. No. 1), it is ORDERED that:

1. Petitioner shall make immediate and proper service of the Petition (Dkt. No. 1) and this Order on the Government Respondents.

2. Petitioner shall additionally immediate forward his petition and this order to the following email addresses:

    a. desiree.wilkins@usdoj.gov

    b. anthony.stjoseph@usdoj.gov

    c. susan.becker@usdoj.gov

    d. gregory.david@usdoj.gov

3. The Government shall not transfer Petitioner outside the Eastern District of Pennsylvania without further order of the Court.

4. The Government shall respond to the Petition by **Monday, January 12, 2026, at 9:00 a.m.**

5. The parties shall promptly inform the Court if they request a hearing or oral argument.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.