IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARIO JAVIER QUINATOA SANTIN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 26-00087 |
| | : | |
| MICHEAL ROSE, et al | : | |

## ORDER

AND NOW, this 12th day of January, 2026, upon consideration of Petitioner Quinatoa Santin's Petition for Writ of Habeas Corpus (Dkt. No. 1), the Government's opposition, and Mr. Santin's response, and for reasons stated in the accompanying Memorandum, it is ordered the Petition is **GRANTED** as follows:

1. Mr. Santin is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2);

2. The Government shall **RELEASE** Mr. Santin from custody immediately and shall certify compliance with this Order and accompanying Memorandum by filing on the docket no later than **5:00 P.M. EST on January 13, 2026**;

3. The Government is temporarily enjoined from re-detaining Mr. Santin for seven days following his release from custody;

4. If the Government chooses to pursue re-detention of Mr. Santin after the seven-day period, it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

5. Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Mr. Santin from the Eastern District of Pennsylvania before the bond hearing. If the immigration judge determines that Mr. Santin is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from

this Court to move Mr. Santin if unforeseen or emergency circumstances arise that require him to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit the transfer of Mr. Santin.

The Clerk of Court shall mark this case **CLOSED**.

                              BY THE COURT:


                              /s/ Juan R. Sánchez
                              Juan R. Sánchez, J.